RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 1 1 2024

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VERSUS | * | 3:24-cr-00264 |
| | * | Judge Doughty |
| CORNELIUS BOSTON,       (01) | * | Magistrate Judge McClusky |
| a.k.a. "C-Rock" | | |
| SHEDRICK GREEN, III,    (02) | * | |
| a.k.a. "Shed" | * | |

**INDICTMENT**

THE GRAND JURY CHARGES:

**COUNT 1**
Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine
[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846]

Beginning on or about February 29, 2024 and continuing through on or about November 27, 2024, in the Western District of Louisiana and elsewhere, the defendants, **Cornelius Boston, a.k.a. "C-Rock"**, **Shedrick Green, III, a.k.a. "Shed"**, and other persons known and unknown to the Grand Jury, did knowingly and intentionally conspire and agree together to distribute and possess with the intent to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a schedule II substance, all in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), and 846. [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), and 846].

**COUNT 2**
Possession with Intent to Distribute Methamphetamine
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)]

On or about November 27, 2024, in the Western District of Louisiana and elsewhere, the defendant, **Cornelius Boston, a.k.a. "C-Rock"**, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a schedule II substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii). [21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii)].

**COUNT 3**
Possession of a Firearm in Furtherance of Drug Trafficking
[18 U.S.C. § 924(c)(1)]

On or about November 27, 2024, in the Western District of Louisiana and elsewhere, the defendant, **Cornelius Boston, a.k.a. "C-Rock"**, knowingly and intentionally possessed a firearm, to wit: a Glock pistol, Model: 45, caliber: 9mm, in furtherance of a drug trafficking crime, for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, as alleged in Count 2, in violation of Title 18, United States Code, Section 924(c)(1). [18 U.S.C. § 924(c)(1)].

**COUNT 4**
Possession of a Firearm and Ammunition by a Convicted Felon
[18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about November 27, 2024, in the Western District of Louisiana and elsewhere, the defendant, **Cornelius Boston, a.k.a. "C-Rock"**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a

firearm, to wit: a Glock pistol, Model: 45, caliber: 9mm, and ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2). [18 U.S.C. §§ 922(g)(1) and 924(a)(2)].

**COUNT 5**
Possession with Intent to Distribute Methamphetamine
[21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)]

On or about November 27, 2024, in the Western District of Louisiana and elsewhere, the defendant, **Shedrick Green, III, a.k.a. "Shed"**, did knowingly and intentionally possess with the intent to distribute 5 grams or more of methamphetamine and 50 grams or more of a mixture and substance containing methamphetamine, a schedule II substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(viii). [21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)].

**SENTENCING ENHANCEMENT BASED ON PRIOR CONVICTIONS**

A. Before the defendant, **Cornelius Boston, a.k.a. "C-Rock"**, committed the offenses charged in Counts 1 and 2, the defendant was convicted of Distribution of Methamphetamine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense. As a result of this conviction, the defendant is subject to increased punishment under Title 21, United States Code, Section 841(b)(1). [21 U.S.C. § 841(b)(1)].

B. Before the defendant, **Shedrick Green, III, a.k.a. "Shed"**, committed the offenses charged in Counts 1 and 5, the defendant was convicted Conspiracy to Distribute and Possess with Intent to Distribute Crack Cocaine, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense. As a result of this conviction, the defendant is subject to increased punishment under Title 21, United States Code, Section 841(b)(1). [21 U.S.C. § 841(b)(1)].

## FORFEITURE NOTICE

The allegations in all counts are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A. As a result of the controlled substances offenses alleged in Counts 1, 2, and 5 of this Indictment, the defendants, **Cornelius Boston, a.k.a. "C-Rock"** and **Shedrick Green, III, a.k.a. "Shed"**, shall forfeit to the United States all interest in:

    (1) Any property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violation as set forth in this Superseding Indictment and,

    (2) Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violation.

B. Upon conviction of the firearm offenses alleged in Counts 3 and 4 of the Indictment, the defendant, **Cornelius Boston, a.k.a. "C-Rock"**, shall forfeit to the

4

United States the following firearm involved in the aforesaid offenses: a Glock pistol, Model: 45, caliber: 9mm and ammunition.

C. By virtue of the offenses charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 18, United States Code, Section 924(d), Title 21 United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

All in accordance with the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 924(d) [18 U.S.C. § 924(d)].

A TRUE BILL:

*REDACTED*
_____
GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

By: _____
JESSICA D. CASSIDY, LA Bar #34477
Assistant United States Attorney
300 Fannin Street, Suite 3201
Shreveport, Louisiana 71101
Phone: (318) 676-3600

5